IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00401-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CRUZ MARCELENO,

    Defendant.
_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

    This matter has been scheduled for a three-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **December 14, 2009 at 8:00 a.m.**  It is

    ORDERED that all pretrial motions shall be filed by **November 4, 2009** and responses to these motions shall be filed by **November 11, 2009.**  It is further

    ORDERED that a Trial Preparation Conference is set for **December 11, 2009 at 10:00 a.m.** in Courtroom A701.  Lead counsel who will try the case shall attend in person.

    The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED October 13, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge