# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: November 13, 2009 |
| Court Reporter: Janet Coppock | Time: 6 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO. 09-CR-00401-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Jeremy Sibert |
| Plaintiff, | |
| vs. | |
| **CRUZ MARCELENO,** | Brian Leedy |
| Defendant. | |

## HEARING ON MOTION FOR DETERMINATION OF COMPETENCY

**8:07 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and in custody.

**Defendant's Motion for Determination of Competency to Stand Trial (Doc 11), filed 11/4/09.**

Comments by Mr. Sibert requesting that the defendant be evaluated at a Bureau of Prisons facility.

Comments by Mr. Leedy.

Page Two
09-CR-00401-PAB
November 13, 2009

Comments by the Court.

**ORDERED:** Defendant's Motion for Determination of Competency to Stand Trial (Doc 11), filed 11/4/09 is **TAKEN UNDER ADVISEMENT**.  Written order shall issue.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**8:14 a.m. COURT IN RECESS**

**Total in court time:**      6 minutes

**Hearing concluded**