IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00401-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CRUZ MARCELENO,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendant's Motion for Determination of Competency [Docket No. 11].  It is

    ORDERED that a hearing on the Motion for Determination of Competency [Docket No. 11] is set for **January 27, 2010 at 1:30 p.m.** in Courtroom A701 before Judge Philip A. Brimmer.

    DATED January 15, 2010.